# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0449
_____

200 VENICE OPERATING LLC,
d/b/a VENICE CENTER FOR
INDEPENDENT AND ASSISTED
LIVING,

    Appellant,

    v.

STATE OF FLORIDA, AGENCY FOR
HEALTH CARE ADMINISTRATION,

    Appellee.

_____

On appeal from the Agency for Health Care Administration.
Kimberly R. Smoak, Deputy Secretary.


April 27, 2026

PER CURIAM.

    AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Bruce D. Lamb, John A. Schifino, and Savannah Spears of Gunster, Yoakley & Stewart, P.A., Tampa, for Appellant.

Christopher B. Lunny, M. Drew Parker, and Robert W. Skrob of Radey Law Firm, Tallahassee, for Appellee.